IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 FEB 28  A 9: 40

_Jerry B. Jones I_  )
Full name and prison number of  )
plaintiff(s)  )
  )
  )
v.  ) CIVIL ACTION NO. 3:06CV178-mef
  ) (To be supplied by the Clerk of the
_Jurisdiction Auburn_  )  U.S. District Court)
_Sheriff Department_  )
_Lee County Detention Center_  )
_Medical Department_  )
  )
Name of person(s) who violated  )
your constitutional rights.  )
(List the names of all the persons)  )

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
         Plaintiff(s) _____

         Defendant(s) _____
         _____

      2.  Court (if federal court, name the district; if state court, name the county)
         _____
         _____

      3.  Docket No. _____

      4.  Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Lee County Detention Center Post Office Box 1407 Opelika Ala. 36801_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Lee County Detention Center_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sheriff Department | 1311 Gateway Drive |
| 2. | Lee County Detention Center | P.O. Box 1407 |
| 3. | Jurisdiction System | 1311 Gateway Drive |
| 4. | Medical Department | P.O. Box 1407 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _18 January 2006 Due Process, Warrants, and Medical_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Right to speedy trial w/ jury and the assistance of counsel. Freedom of Religion guaranteed Freedom of Speech and of the press, Right to petition_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
_18 January 06 was arrested by Deputy Smith. 19 January 06 Officer Williams and Deputy Smith chased power on At. NSF Jail. My Medical problem was torn down by Nurse Forsyth NSF JAIL. Was told by Nurse Stewart that unable to provide glasses it is not LCSD policy_

GROUND TWO: I ask Officer William 19 January 06, when was I going to court. She stated that it would be in March 09 or the 19

SUPPORTING FACTS: I ask Officer William 11 Feb 06, again when will I go to court once again and she stated because I didn't make bond that my court date would be set off again. She stated if I had made bond when I came to jail in January I would have went to court in March. Back to my due process being violated.

GROUND THREE: I went to medical about bad headache and eyes hurting and passing water have trouble seeing and reading.

SUPPORTING FACTS: I have the two request slip where the two nurses, Dr. Mth and nurse Stewart that my family need to bring me some reading glasses and it is not LCCD policy but they still charge $15 or $20 or serving them for nothing when they did not.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to be ███████ compensation and release that every these people will go by the law and not change the law for their gain. No matter what you go through with the law you will see a judge on anything with 72-hour not weekslike.

<u>Lowry Bernard Jones</u>
(Signature of plaintiff(s))

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on <u>11 February 2006</u>.
       (date)

<u>Lowry Bernard Jones</u>
(Signature of plaintiff(s))