AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

RECEIVED
2006 FEB 28 A 9: 40

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 3:06 CV178-mef

I, _Jaurty Borylard Jones I_____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Dot County Detention Center_

   Are you employed at the institution? _No_  Do you receive any payment from the institution? _No_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _I havent work in 10 tens years for anyone Do what I can to get paid._

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.


3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   _I do not have anyone that I support._

I declare under penalty of perjury that the above information is true and correct.

_17 February 2006_                _Jerry Bernard Jones I_
       Date                              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I wish to proceed without payment of fees, I have fill out (2) two request slip, 17 February 06 asking the Staff for help in this matter; I have also call them on the intercom 17 February (5) five times about this same matter; and they keep putting me off! I have wrote to Major Talbert about this too, 17 February 06 I talk with the officer on the intercom asking could I talk with a Lieutenant about this matter, 17 February 06. Still haven got a answer back from anyone. Sergent Tate is authorized officer at Lee County Detention Center to complete the certificate to the amount of money and securities on deposit credit in my account in the institution.

On the 16 February 06 I mail a copy to the Clerk asking that a copy be made of the amount of money I have on the at this institution. The Clerk Debra S. Hackett has a copy of my account she received 17 February of my account $9.56. Thank You!

The name of the Notary is M's Ingram. Anything else you need please get with the Staff at Lee County Detention Center where they wont help me they got to give you everything you need to know about me. Could you please send me a copy back of everything I sent you, the envelope for my record. "Thank You for your help"

"Certificate of Notice of Service"

I do hereby certify that I have serve a true and correct copies, and statement to the office of the Clerk, United States District Court, Post Office Box 711 Montgomery Alabama 36101-0711 by the United Post Postal Service and ask that the Clerk serve all other parties with a copies of the notice... (1) Lee County Detention Center (2) Internal Affair (3) NAACP (4) Human Resources (5) American Civil Liberty Union (6) Inmate Affairs (6) Prison and Jail Project..

## Certificate of Notice of Service

I declare under penalty of perjury that the above information is true and correct.

Date

17 February 2006

Pro Se Jeffory Bernard Jones
Lee County Detention Center
Post Office Box 2407
Opelika, AL 36801

Signature of Applicant

Pro Se Jeffory B. Jones