IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR -7 A 9: 58

__Jeffery B. Jones__
Full name and prison number of
plaintiff(s)

v.

__Jurisdiction System__
__et al__
__Jon Jones__
__Major Tolbert__
__Lutenant Corey Welch__

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. __3:06CV178-MEF__
(To be supplied by the Clerk of the
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) _____

      Defendant(s) _____

   2. Court (if federal court, name the district; if state court, name the county)
      _____

   3. Docket No. _____

   4. Name of Judge to whom case was assigned _____

In front of the other (3) three officer that he had got the request slip and inmate Brown didn't have (5) five dollars he only had (3) three and you got to have five on the books. I ask Sergeant Tabb when I help Kenith fill out his store sheet he had (15) fifteen dollars on the book: that way 03 March 2006 when that happen. Kenith Brown made a five dollar store sheet: the same way Sergeant Tabb didn't give me the store stuff how can he keep something that not his because Kenith Brown got that I got the five dollar store when I didn't get it. 3) What sell it again? You have 72 hour to pick up you money when you are release from here. Health service: All inmates are responsible for a mandatory co-payment of $10.00 when seeing the nurse or doctor (The initial physical and bloodwork are free and mandated). Mandatory co-payments for prescriptions are $3.00 You will be charged for non-prescriptions are $3.00 You will be charged for non-prescription at the rate of 25¢ per pill or dose. I can't understand I got to get my family to bring me some glasses because it is not LCSD policy but I got to pay them for nothing! never got check {02+07+06
07+09+06}

"Certificate of Notice of Service"

I do hereby certify that I have serve a true and correct copies and statement to the office of the Clerk, United States District Court, Post Office Box 711, Montgomery Alabama 36101-0711 by the United States Postal Service and ask that the Clerk serve all other parties with a copies of the notice.

1. Lee County Detention Center   5. NAACP        To: Jeffery Bernard Jones
2. Inmate Affair    03 March 2006              Lee County Detention Center
3. Human Resources   La Tricia and Phil Bryant   Post Office Box 1447
4. American Civil Liberty Union  7. Internal Affair   Opelika Al 36801

I declare under penalty of perjury that the above information is true and correct.

Date 03 March 2006                         Signature of Applicant Jeffery B Jones

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Lee County Detention Center_ _Post Office Box 3108 Opelika AL 36801_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Lee County Detention Center Post Office Box 3108 Opelika AL 36801_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Jay Jones | Lee County Detention Center |
| 2. | Major Talbot | Lee County Detention Center |
| 3. | Lieutenant Corey Welch | Lee County Detention Center |
| 4. | Sergeant Jett | Lee County Detention Center |
| 5. | Nurse Smith | Lee County Detention Center |
| 6. | Nurse Stewart | Lee County Detention Center |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _19 January 06 because I was arrested on the 18 January 2006. Strike down U.S. Due process_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I ask Officer Williams the morning of the 19 Jan 06 when was I going to court? And she said that it would be March 18, or 19, 06.   Due Process Again_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
_I wrote a request to Major Talbot 19-01-06 never got any answer wrote about my right being violated due process 31-01-06 wrote again Bill of rights 01-02-06 asking when will I go to court never got an answer Major I wrote back to Sergeant Jett still never got an answer rather 07-02-06_

cording to the rules of the common law. Excessive bail shall not be re-examined in any court of the United States, than according to the rules of the common law.

II. I wrote a letter to the Clerk Ms. Debra S. Hackett on the 16 February 2006 and she received it on the 17 February 06 about 09:56: could you please get with her and get a copy from her? I am sure the letter I sent her would be a big help to you: then you will understand what rights I speaking of.

II. Another scene these people do not give you any milk or any juice this is the first institution I been in where you don't get anything but sugar free kool-aid our ▓▓ maybe two time a week that is another problem we need to address... I know that the state say that we can have coffee, milk and juice so if you would send me another 1983 form for that.

III. I am in a cell with (1) six beds but there are (9) nine inmates on the side where I sleep; on the other side you have (6) beds and there is (4) four inmates on the floor so they do what they want in this institution. over crowding

X. 6 7 March 06 I had Sergeant ▓▓ Tapp, Officer Lukes, Officer Bright and cop. Lyles to come into the dorm and tell everyone to go on the side where they sleep; and tell me to stay out because Sergeant Tapp want to find out why I was filing a complaint on him when I gave him the answer because the things that they are doing here to inmate is wrong; and that they are not going to quit. I told him that Kenith Brown inmate had got out of jail with a request slip leaving me his store order: and Sergeant Tapp said in front of the hold dorm and

Page 4.

**GROUND TWO:** Jay Jones is over the Lowdy Detention Center anything that happen at this detention Vordan Jones is the person too see Request 03-01-06

**SUPPORTING FACTS:** I have been here for (3) three + is still having seen a judge or anything violation 10-167-BJ protection of inmate Right Jay Jones or Lowdy Detention Employees shall be aware of and shall protect inmate right with care and proper protecting from personal abuse corporal punishment injury disease property damage and harrassment (asking for Help over again.)

**GROUND THREE:** Medical Service I write to Nurse Brywitt about eye problem and she stated back that nurse Stewart said they could not do any thing 02-09-06

**SUPPORTING FACTS:** 02-09-06 wrote to nurse Brywitt about Headach and eye problem she nurse too 02-09-06. Told me to tell family to bring reading glasses there on 02-09-06. I told nurse Brywitt that family was out of town still have same problem 02-09-06 Nurse Brywitt told me will come see if am still have some problem 02-09-06. Nurse Brywitt told me will come see if they can do anything I am breaking. According to Nurse Stewart unable to provide glasses not LCSD policy

**VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.** Freedom of Religion expercise, Freedom of speech and of the press right to petition the matter forth that this never happen to anyone else to get the medical help I need and to be able to go home and live with my family and for these people to pay me for my lost time for nobody my dep prep

_Signature of plaintiff(s)_

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 03 March 2006.
        (date)

_Signature of plaintiff(s)_

-3-

Look on the back of this page, and you will have a better understanding about I am saying... Thank You!

- Protection of inmate rights: The County Detention Center employers shall be aware of and seek to protect inmate rights, both civil and legal... <u>Due Process</u>

I. These rights include: 1 Freedom from discrimination based on sex, religion, handicap, or political beliefs.

II. Protection from personal abuse, corporal punishment, injury, <u>disease</u>, property damage and harrassment... Then wait 30 days before taking T.B. test, why?

IV. Freedom from reprisals or penalties as a result of seeking administrative or judicial redress... These people won't even answer the request slip if you write it, if they answer 1...

- Freedom of Religion guaranteed: Freedom of speech and the press. Right to petition

The Constitution Of The United States: All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are Citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of Citizens of the United States, nor shall any State deprive any person of life, liberty, or property, without <u>due process of law</u>; nor deny to any person within its jurisdiction the equal protection of the laws... The citizens of each state shall be entitled to all privileges and immunities of Citizens of the several states: In all criminal prosecutions, the accused shall enjoy the right to a <u>speedy and public trial, by an impartial jury</u> of the state and district wherein the crime shall have been committed, which district shall have previously ascertained by law, and to be informed of the nature and cause of the accusation, to be confronted with the witnesses against him, to have compulsory process for <u>obtaining witness in his favor</u>, and to have the <u>assistance of counsel for his defense</u>: In <u>suits</u> of common law where the value in controversy shall exceed twenty dollars, the <u>right of trial by jury shall be preserved</u>, and no fact tried by a jury shall otherwise + reexamined in any court of the United States, than ac-

Page 1.