**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sheriff Department
    Lee County Detention Center
    P.O. Box 3508
    Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature: M Kerney]*
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Ms Kerney

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   PO + cmpO box 178

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7004 2510 0001 0150 3685

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540