**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Medical Department
   Lee County Detention Center
   P.O. Box 3508
   Opelika, AL 36801

A. Signature
X M. Kenney
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
M. Kenney

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3:06CV178
proc
order
cmp

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0005 4584 6545

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540