**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sergeant Tabb
   Lee Co. Det. Center
   P.O. Box 3508
   Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Brenda Ingram   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Brenda Ingram

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06cv178 PO + cmp

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 3616

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Major Jolley
   Lee Co. Dent. Cen.
   P.O. Box 3508
   Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Brenda Ingram   ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Brenda Ingram

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06cv178 pro order + cmp

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 3630

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse Steward
   Lee Co. Det. Center
   P.O. Box 3508
   Opelika, AL 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Brenda Ingram   ☐ Agent  ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Brenda Ingram

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06cv178 PO + cmp

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 3500

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540