IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

JEFFERY B. JONES,              )
                               )
        Plaintiff,             )
v.                             )    CASE NO. 3:06-cv-178-MEF
                               )
JURISDICTION SYSTEM, *et al.*, )
                               )
        Defendants.            )

# **O R D E R**

There being no objections filed to the  Recommendation of the Magistrate Judge entered on March 4, 2006 (Doc. #6), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE:

1.  That the plaintiff's claims against "Jurisdiction System" are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

2.  That "Jurisdiction System" is DISMISSED as a party to this complaint.

3.  That this case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 30th day of March, 2006.

                    _____
                    /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE