**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **JEFFERY B. JONES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-00178-MEF-DRB |
| | ) |
| **JURISDICTION SYSTEM, et al.** | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Sheriff Jay Jones, Major Cary Torbert, Lt. Corey Welch, Sgt. Rodney Tabb, Nurse Kelley Griffith and Nurse Linda Stewart, Defendants in the above-styled cause, and move this Court to grant them an extension of time to file their Special Report and Answer. As grounds for this Motion, this Defendants state as follows:

1. The Court ordered Defendants to file their Special Report and Answer on April 24, 2006.

2. Defendants are in need of additional time to fully investigate Plaintiff's claims to provide the Court with a meaningful and complete Special Report.

3. Defendants have not previously requested an extension of time to file their Special Report and Answer.

4. Plaintiff will not be prejudiced by an extension of time.

WHEREFORE Defendants Sheriff Jay Jones, Major Cary Torbert, Lt. Corey Welch, Sgt. Rodney Tabb, Nurse Kelley Griffith and Nurse Linda Stewart request this Court to grant them an extension of time to file their Special Report and Answer on or before May 24, 2006.

Respectfully submitted this 13th day of April, 2006.

        **s/Amanda Kay Morgan**
        AMANDA KAY MORGAN Bar No. ALL079
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: amorgan@webbeley.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the **13th** day of **April, 2006**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Jeffery B. Jones
        Lee County Detention Center
        P.O. Box 3508
        Opelika, AL 36801

        **s/Amanda Kay Morgan**
        OF COUNSEL