IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | |
|---|---|
| JEFFERY B. JONES | * |
| Plaintiff, | * |
| v. | *     3:06-CV-178-MEF |
| JURISDICTION SYSTEM, *et al*., | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

On April 13, 2006 Defendants file a *Motion for Extension of Time* wherein they request additional time in which to file their answer and written report. Upon consideration of the motion and in light of the court's show cause order entered April 10, 2006 which directed, in part, that the directive that Defendants file an answer and written report to Plaintiff's complaint be held in abeyance pending Plaintiff's response to the court's show cause order, it is

ORDERED that the Motion for Extension of Time (Doc. No. 15) be DENIED as moot.

Done, this 14th day of April 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE