Thursday
16:47
04 May 2006

RECEIVED
2006 MAY -8
DEBRA P. HAC
U.S. DISTRIC
M DL DIST

Jeffery Bernard Jones
Lee County Detention Center
P.O. Box 1987
Opelika, Alabama 36801

To the United States Magistrate Judge Debora R. Boyd,

<u>Bill of Right States</u> I Freedom of Religion guaranteed Freedom of Speech and of the Press... <u>Right to Petition</u> II Right to Speedy Trial, witness and the assistance of counsel. III Right of trial by a jury IV <u>Writ of Habeas Corpus Bill of attainder or expost facto laws</u>. V <u>Protection of Inmate Rights</u>. Lee County Detention Center and the jurisdiction system. Employees shall be aware of and seek to Protect Inmate Rights, both Civil and Legal. VI "I did send you a letter", stating that I had <u>365 days</u> to serve here in <u>Lee County Detention Center</u> and I will be here until <u>18 January 2007</u> so you know where to find me... My guess is these people are not sending you all of my mail. Violated Constitution Rights

Executed on 04 May 2006          Signature of Plaintiff   Pro Se Jeffery Bernard Jones

I declare under penalty of perjury that the foregoing is true and correct.

04 May 2006                                      Pro Se Jeffery Bernard Jones

<u>Certificate of Notice of Service</u>

I do hereby certify that I have serve a true and correct copies and statement to all parties of the foregoing by the United States Postal Service and ask that said Clerk hand delivered copies to the Judge copies of the foregoing Document.

04 May 2006
Middle District of Alabama    Montgomery, AL 36101-0711
Office Clerk, United States District Court
P.O. Box 711

Pro Se Jeffery Bernard Jones