IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JEFFERY B. JONES                           *

    Plaintiff,                              *

    v.                                      *           3:06-CV-178-MEF

JURISDICTION SYSTEM, *et al.*,             *

    Defendants.                             *

_____

**ORDER**

For good cause, it is ORDERED that the Recommendation of the Magistrate Judge entered on April 25, 2006 be and is hereby VACATED.[1]

It if further ORDERED that Defendants file their written report and answer to Plaintiff's complaint in accordance with the court's March 14, 2006 order of procedure on or before June 19, 2006.

Done this 10th day of May 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] A review of the docket report reflects that, due to a clerical error, Plaintiff's mail was being sent to an incorrect address. The error has now been corrected.