# EXHIBIT  G

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JEFFERY B. JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:06-cv-00178-MEF-DRB** |
| | ) | |
| **JURISDICTION SYSTEM, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**AFFIDAVIT OF NURSE KELLEY HENDRICKS GRIFFITH**

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF LEE** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Kelley Hendricks Griffith, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Kelley Hendricks Griffith.  I am over the age of nineteen and competent to execute this affidavit.

2.      I am a Licensed Practical Nurse (LPN).  I have been employed by the Lee County Sheriff's Office and assigned to the Lee County Detention Facility since February 2006.  Prior to my employment at the Sheriff's Office, I was employed as an LPN at Mt. Meigs DL/S Juvenile Detention Facility for six months.  I earned my LPN degree from Southern Union in August 1998.  Since earning this degree, in addition to my experience in jail/prison settings, I have been employed by Lanier Health Services Hospital where I was assigned to the Medical/Surgical Floor.  I also served as an LPN in the Army Outpatient Medical Clinic for two years.  I worked for three years at the Lake Martin Community

Hospital in the emergency room, medical/surgical floor, and outpatient floor. I have also been employed to manage the office of Robert Bartel, MD, and I have worked at the Tallassee Community Hospital.

3.     I am familiar with the Plaintiff Jeffery B. Jones due to his incarceration in the Lee County Detention Facility.

4.     I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.     It is the policy of the Lee County Sheriff's Office that all inmates confined in the Lee County Detention Facility are entitled to a level of health care comparable to that available to citizens in the surrounding community which will ensure their physical and emotional well-being.

6.     Medical care rendered to inmates in the Lee County Detention Facility is delivered under the direction of a licensed health care provider.

7.     No health care personnel or Detention Facility officer or other employee of the Sheriff's Office will ever summarily or arbitrarily deny an inmate's reasonable request for medical services.

8.     Medical, dental, and mental health matters involving clinical judgments are the sole province of the responsible physician, dentist, or psychiatrist or qualified psychologist, respectively.

9.     Inmates are guaranteed access to all diagnostic, laboratory, or other treatment services as directed by the responsible health care authority.

10.     It is the policy of the Lee County Sheriff's Office to allow inmates incarcerated in the Lee County Detention Facility to request health care services at any time.

2

11.     Two methods may be utilized by inmates incarcerated in the Lee County Detention Facility in order to secure health care services:

> a.      Verbal Request:  An inmate may make a verbal request for emergency medical attention to any member of the Detention Center staff at any time.
>
> b.      Written Request:  An inmate in need of any type of medical attention may complete an Inmate Request form seeking medical attention and forward it to any member of the Detention Center staff.

12.     Requests for medical treatment will be accepted by members of the Detention Facility staff at any time.

13.     When a request for medical treatment is made to a member of the Detention Facility staff, the staff member receiving the request will notify the Shift Supervisor of the inmate's request.  It is the Shift Supervisor's responsibility to ensure that the inmate's request is attended to in a prompt and proper manner.  Any doubt as to whether an actual need exists for medical treatment will be resolved in favor of the inmate and medical treatment will be offered.

14.     Medical requests of an emergency nature are to be handled immediately.

15.     As part of the booking process, inmates are informed of the methods by which they may obtain medical treatment during the booking process.

16.     The Detention Center nurses, under the direction of the Detention Center Administrator, are charged with the responsibility of obtaining appointments for inmates with physicians in order that they may receive medical treatment or for scheduling times when the treating physician may attend to health care needs at the Detention Center.

17.     All health care rendered to inmates will, at the doctor's discretion, be given privately to the inmate, outside the presence of a Detention Facility official.   Should the

physician request, a Detention Facility officer will be present for any and all examinations the treating physician deems appropriate.

18.    Sick call is conducted on a scheduled basis by a licensed practical nurse and is available to all inmates.  All inmates are required to pay a $10.00 fee for non-emergency treatment and a $5.00 fee for prescription medication.  Inmates will not be denied medical treatment because of lack of funds or for any other reason.  When an inmate has insufficient funds in his/her trust account to pay for the assessed fee(s), a lien in the amount of the fee(s) will be placed on the inmate's trust account against future monies which may be received.

19.    I follow the instructions of Dr. McFarland on all medical issues.

20.    Inmates are allowed to have reading glasses while incarcerated at the Lee County Detention Facility.  However, the Sheriff's Office does not purchase reading glasses for inmates.

21.    All inmates sentenced to over 90 days are given a screening for Tuberculosis.

22.    All medical request forms are forwarded to the medical staff to be answered, and a copy of the answered request form is filed in that inmate's medical file.  At the time of the filing of the Plaintiff's Complaint, he had filed three medical request slips.  (Exhibit L, Inmate Medical File of Jeffery Bernard Jones, "Medical File," Inmate Request Slip dated February 4, 2006; Exhibit M, Medical File, Inmate Request Slip dated February 9, 2006; Exhibit N, Medical File, Inmate Request Slip dated March 18, 2006.)  The medical request slips were answered, and copies of the forms are present in his inmate medical file.

23.    The Plaintiff's medical records show that he made a request on February 4, 2006, stating that he needed glasses and that he was having headaches.  (Ex. L.)  I noted that his request was addressed in sick call and that his family should bring him some reading glasses.  (Ex. L)  I gave the Plaintiff 1000 milligram Tylenol.  (Exhibit O, Medical File, Notes

4

dated February 7, 2006.) The records show that the Plaintiff was given Tylenol for headaches upon his requests and that Dr. McFarland prescribed Tylenol or Motrin as needed for the Plaintiff. (Ex. M; Ex. O; Exhibit P, Medical File, Notes dated March 21, 2006.)

24.     I have never received a grievance from the Plaintiff concerning any of the allegations made the basis of his Complaint except for the complaint concerning his eyes. (See Ex. N.)

25.     As a Detention Center Nurse, I have neither duty nor authority with regard to any non-medical issues.

26.     I have complied with all policies and procedures of the Lee County Detention Facility. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

27.     I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation

_____
KELLEY HENDRICKS GRIFFITH

**SWORN TO** and **SUBSCRIBED** before me this _____ day of June, 2006.

_____
NOTARY PUBLIC
My Commission Expires:_____

# EXHIBIT  H

Lee County Detention Cente

# ~NMATE REQUEST SLIP

E-3
**LOCATION**

Name _Steven Jackson_    Date _2-13-06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☒ Other

---

Briefly Outline Your Request.  Give To Jailer

I would like to request to go to
the law-library.

SGT. Jones

---

Do Not Write Below This Line - For Reply Only

28, Feb. 2006. Taken to
Law library By Ofc. Tucker
Ofc. Pantelis

---

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# EXHIBIT  I

# Lee County Detention Center
# INMATE REQUEST SLIP

D #6

**LOCATION**

Name _Jeremy Bernard Jones_     Date _15 Feb 06_

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☑ Personal Problem     ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I have some legal mail. I need to send out.
trying to get out of jail I do not have any
money to be any could you help me out with
this matter. I do have 35¢ if you need it you
can have it. I need a envelope. too
"Thank You"

<u>Do Not Write Below This Line</u> - For Reply Only

YOU MUST BE INDIGENT FOR 30
CONSECUTIVE DAYS BEFORE YOU
QUALIFY FOR FREE POSTAGE.

_Jake 4305_
_2-25-06_

Approved _____     Denied _____     Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____     Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

# EXHIBIT  J

Lee County Sheriff's Office     Saturday, January 28, 2006     Page 1 of 1



JONES, JEFFERY BERNARD.

ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

P.O. BOX 540
SAGINAW, AL 35137
OFFICE   (205) 621-4696
FACSIMILE (205) 621-9962

## CERTIFICATE OF BREATH ALCOHOL ANALYSIS

| **Subject** | | **Arresting Officer** | |
|---|---|---|---|
| Last Name: | **JONES** | Last Name: | **SMITH** |
| First Name & MI: | **JEFFERY, B** | First Name & MI: | **LLOYD, W** |
| DL# or SS#: | 052710596 GA | Officer ID No.: | 4355 |
| DOB: | 08/25/1956 | Arresting Agency: | LEE CSO |
| Address: | 1052 GLENDWWOD DR. | County of Offense: | 43 |
| | COLUMBUS, GA | UTC: | M9297135 |
| Date of Offense: | 01/28/2006 | Time of Offense: | 16:41:00 |
| Date of Test: | 01/28/2006 | Time of Test: | 17:41:06 |

## ****TEST RESULT: SUBJECT REFUSED, TEST ABORTED****

The subject must complete a deprivation period of at least twenty minutes before providing the first breath sample.

Alcotest 7110 MKIII-C
Serial #:               ARMM-0564
Location:               LEE CSO NO.1
Sequential Test No.:    2018

Performance Verification:    DIAGNOSTIC CHECKS BEFORE AND AFTER TEST - OK
                             SUBJECT REFUSED - CALIBRATION CHECK ABORTED

Comments:

| **Operator** | | | |
|---|---|---|---|
| Last Name: | SMITH | Signature: | _Lew Sty_ |
| First Name & MI: | LLOYD, W | | |
| Operator Agency: | LEE CSO | | |
| Permit Number: | D06576 | | |
| Permit Exp. Date: | 12/31/2006 | | |

4
Subject

This breath test was performed in accordance with the methods and reporting approved by the Department of Forensic Sciences as promulgated in the departmental rule Chapter 370-1-1. Authority Code of Alabama §32-5A-194. Supporting data for this document is available upon written request to the Alabama Department of Forensic Sciences, Implied Consent Unit.

| DOMESTIC VIOLENCE DUAL ARREST | ALABAMA UNIFORM ARREST REP | Fingerprinted | R84 Completed |
|---|---|---|---|
| | | ① Yes  ② No | ① Yes  ② No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI # | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0,4,3,0,0,0,0 | LEE COUNTY SHERIFF'S OFFICE | 0,6,0,1,-,24,93 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| JONES, JEFFERY, BERNARD | "JEFF" |

| 7 SEX | 8 RACE | 9 HGT. | 10 WGT. | 11 EYE | 12 HAIR | 13 SKIN | 14 |
|---|---|---|---|---|---|---|---|
| ☒M ☐F | ☒W ☐A ☐H ☐B ☐I ☐O | 6-0 | 132 | BRO | BLK | MED | ☒SCARS ☐MARKS ☐TATTOOS ☐AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| FT. BENNING, MUSCOGEE, GA | 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 | 0 82556 | 49 | |

| 20 SID # | 21 FINGERPRINT CLASS | KEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | HENRY CLASS | | | | | | | 052710596 | GA |
| 24 FBI # | NCIC CLASS | | | | | | | 25 IDENTIFICATION COMMENTS | |

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) | 28 RESIDENCE PHONE | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|
| | 1052 GLENDWOOD RD., COLUMBUS, GA  31906 | (706) 563-3062 | MECHANIC |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|
| SELF | | ( ) |

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☒ YES ☐ NO |
|---|---|---|
| US HWY 80 @ MACON COUNTY LINE | | ☒ IN STATE ☐ OUT OF STATE AGENCY |

| 36 CONDITION OF ARRESTEE: | 37 RESIST ARREST? | 38 INJURIES? | 39 ARMED? | 40 DESCRIPTION OF WEAPON |
|---|---|---|---|---|
| ☐ DRUNK ☒ SOBER ☒ DRINKING ☐ DRUGS | ☐ YES ☒ NO | ☐ OFFICER ☒ NONE ☐ ARRESTEE | ☐ YES ☒ NO | ☐ HANDGUN ☐ RIFLE ☐ SHOTGUN ☐ OTHER FIREARM ☐ OTHER WEAPON |

| 41 DATE OF ARREST | 42 TIME OF ARREST | 43 DAY OF ARREST | 44 TYPE OF ARREST | 45 ARRESTED BEFORE? |
|---|---|---|---|---|
| 01 28 06 | 17:07 ☐AM ☒PM ☒MIL. | S M T W T ☒F S | ☒ ON VIEW ☐ ON CALL ☐ WARRANT | ☒ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE – 1 ☐ FEL ☒ MISD | 47 UCR CODE | 48 CHARGE – 2 ☐ FEL ☒ MISD | 49 UCR CODE |
|---|---|---|---|
| DUI | | DRIVING WHILE SUSPENDED | |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |
|---|---|---|---|---|---|
| 32-5A-191(a)(2) | — | M D Y | 32-6-19 | — | M D Y |

| 56 CHARGE – 3 ☐ FEL ☒ MISD | 57 UCR CODE | 58 CHARGE – 4 ☐ FEL ☒ MISD | 59 UCR CODE |
|---|---|---|---|
| OPEN CONTAINER | | SPEEDING | |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED |
|---|---|---|---|---|---|
| 32-5A-330 | | M D Y | 32-5A-171 | — | M D Y |

| 66 ARREST DISPOSITION | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| ☒ HELD ☐ TOT—LE ☐ BAIL ☐ OTHER ☐ RELEASED | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO | TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|
| | | |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |
|---|---|
| | |

## JUVENILE

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT | ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY | ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|
| M D Y : ☐AM ☐MIL. ☐PM | | | |

| 95 RELEASED TO | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE / STATE USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) | 114 ID # | 115 SUPERVISOR | 116 WATCH CMDR. |
|---|---|---|---|---|---|
| L. SMITH | 4355 | B. DAVIS | 4363 | ID # | ID # |

**TYPE OR PRINT IN BLACK INK ONLY**          ACJIC — 34 REV. 7-04

```
                          LEE COUNTY SHERIFF'S OFFICE
01/28/2006    18:37:09    MEDICAL SCREENING FORM                    PAGE 2
==============================================================================
Booking No: 060000506  Date: 01/28/2006  Time: 18:23  Type: NORMAL
Agency to Bill: LEE COUNTY                 Facility: COUNTY JAIL

Inmate Name: JONES JEFFERY BERNARD              Race: B         Sex: M
       DOB: 08/25/1986 Age:  19  SSN: 254 96 6902  Height: 6'00"  Weight: 132
------------------------------------------------------------------------------
```

Y  13. Have you recently been hospitalized or treated by a doctor? *Dec 05*

Y  14. Do you currently take any non-prescription medication or medication
       prescribed by a doctor?

N  15. Are you allergic to any medication?

Y  16. Do you have any handicaps or conditions that limit activity?

N  17. Have you ever attempted suicide or are you thinking about it now?

Y  18. Do you regularly use alcohol or street drugs?

Y  19. Do you have any problems when you stop drinking or using drugs?

N  20. Do you have a special diet prescribed by a physician?

Y  21. Do you have any problems or pain with your teeth?

Y  22. Do you have any other medical problems we should know about?

       *22 Depression*

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE: *Jeffery B. Jones*          DATE: *1/28/06*    TIME: _____

BOOK OFFICER: *Dardell*             DATE: _____      TIME: *18:37*

```
                          LEE COUNTY SHERIFF'S OFFICE
01/28/2006      18:37:09   MEDICAL SCREENING FORM                    PAGE 1
================================================================================
Booking No: 060000506  Date: 01/28/2006   Time: 18:23   Type: NORMAL
Agency to Bill: LEE COUNTY                 Facility: COUNTY JAIL

Inmate Name: JONES JEFFERY BERNARD                 Race: B        Sex: M
      DOB: 08/25/1986  Age:  19  SSN: 254 96 6902  Height: 6'00"  Weight: 132
--------------------------------------------------------------------------------
```

_N_    1.  Is inmate unconscious?

_N_    2.  Does inmate have any visible signs of trauma, illness, obvious pain
           and bleeding, requiring immediate emergency or doctor's care?

_N_    3.  Is there obvious fever, swollen lymph nodes, jaundice or other
           evidence of infection that might spread through the facility?

_N_    4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_N_    5.  Does inmate appear to be under the influence of drugs or alcohol?

_N_    6.  Any visible signs of alcohol or drug withdrawal?

_N_    7.  Does inmate's behavior suggest the risk of suicide or assault?

_N_    8.  Is inmate carrying any medication?

_N_    9.  Does the inmate have any physical deformities?

_N_   10.  Does inmate appear to have psychiatric problems?

      11.  Do you have or have you ever had or has anyone in your family
           ever had any of the following?

   _N_ a. Allergies      _N_ f. Fainting Spells    _N_ k. Seizures

   _Y_ b. Arthritis      _N_ g. Hearing Condition  _N_ l. Tuberculosis

   _Y_ c. Asthma         _N_ h. Hepatitis          _Y_ m. Ulcers

   _N_ d. Diabetes       _N_ i. High Blood Pressure _N_ n. Venereal Disease

   _N_ e. Epilepsy       _N_ j. Psychiatric Disorder _N_ o. Other (Specify)


   Other:   _____

            _____

            _____


   12.  For females only:

        _____ a. Are you pregnant?

        _____ b. Do you take birth control pills?

        _____ c. Have you recently delivered?

# EXHIBIT  K



# JANUARY – 2006

## BREAKFAST = LUNCH – DINNER

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 1/1/06 Sun. | Grits<br>Bun. Toast<br>Egg/Jelly<br>Sausage | Ham Sand<br>Fruit (orange)<br>Water | Black eyes<br>Corn Bread<br>Collard Greens<br>Yams/Rice/Fr. Dr. |
| 1/2/06 Mon. | Grits<br>Toast<br>Egg/Jelly | Bologna Sand<br>Mash Potato<br>Corn/Bake Beans | Limas Beans<br>Corn Bread<br>Rice/Steam Squ.<br>Cookie |
| 1/3/06 Tues. | Grits<br>Toast<br>Egg Jelly | Veg. Beef Soup<br>Peanut Butter<br>& Jelly Sand/mash<br>Potato//Peaches<br>Fruit Drink | Pinto Beans<br>Rice & Tomato<br>Corn Bread<br>Mix Greens |
| 1/4/06 Wed. | Grits/Toast<br>Egg<br>Jelly<br>Sausage | Chicken Sand<br>Mash Potato<br>Bake Beans<br>Peas; Carrots<br>Fruit Drink | Spaghetti<br>Corn Bread<br>Green Beans<br>Corn/Fruit Drink |
| 1/5/06 Thurs. | Grits<br>Toast<br>Egg<br>Jelly | Ham Sand<br>mash. Potato<br>Corn<br>Bake Beans | Black eyes<br>Corn Bread<br>mash Potato<br>Mix Greens |

JANUARY - 2006

Breakfast - Lunch - Dinner

| Breakfast | Lunch | Dinner |
|---|---|---|
| 1/6/06 Grits | Corn Dog | Beef-O-Roni |
| Fren. Toast | Bake Beans | Green Beans |
| Sausage | Pudding (cho) | Corn Bread |
| Egg / Jelly | Mash Potato | Slice Apples Fru |
| 1/7/06 Grits | Bologna Snd | Black eyes |
| Fri. Toast | Apple Sauce | Corn Bread / Roc |
| Beef Hash | Peas & Carrots | Mix Greens / pu |
| Jelly | Mash Potato | |
| 1/8/06 Grits | Ham Sand | Chicken patties |
| Sun. Toast | Fruit (apple) | Corn Bread |
| Red Hots | Water | Green Beans |
| Egg | | Mash Potato |
| Jelly | | Pudding (Van.) / Fru / Dri |
| 1/9/06 Grits | Chili Dog | Cajun Beans |
| Mon. Toast | French Fries | Corn Bread |
| Egg | Bake Beans | Rice / Steam Squa |
| Jelly | Corn / AppleSauce | Bake Apples |
| 1/10/06 Grits | Veg. Beef Soup | Spaghetti |
| Tues. Toast | Peanut Butter / Jelly | Corn Bread |
| Sausage | Sand / Mash Potato | Green Beans |
| Egg / Jelly | Slice Apples / Fruit Drink | Pudding (cho) |



January - 2006

Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 1/11/06 Wed. | Grits Toast Beef Hash Jelly | Bologna Sand Corn Bake Beans mash Potato/Half Peach | Pinto Beans Rice Corn Brea Steam Squash Fr. Baked Apple |
| 1/12/06 Thurs. | Grits Toast Egg Jelly | Fish Sand mash Potato Bake Beans Green Beans Apple Sauce | Spaghetti Corn Bread Mix Greens Pudding w/Fru. Fruit Drink |
| 1/13/06 Fri. | Grits Toast Sausage Jelly | Chili Dog French Fries Corn Bake Beans Pudding | Veg. Beef Sur Peanut Butter fo Sons mash Pot. Slice Apples |
| 1/14/06 Sat. | Grits Toast Egg / Jelly | Ham Sand Peas & Carrots mash Potato Apple Sauce | Black eye Rice/Corn Bread Collars Greens Yams |
| 1/15/06 Sun. | Red Hots Grits Toast Egg / Jelly | Bologna Sand Fruit (orange) Water | Beef Fillets Corn Bread Green Beans mash Potato T-01 |

# January - 2006

## Breakfast - Lunch - Dinner

| Date | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 1/16/06 Mon. | Grits, Toast, Eggs, Jelly | Chicken Sand, Mash Potato, Green Beans, Apple Sauce | Limas Beans, Rice/Corn Bread, Mix Greens, Bake Apples |
| 1/17/06 Tues. | Grits, Toast, Sausage, Egg/Jelly | Balengia Sand, Corn, Mash Potato, Slice Apples | Pinto Beans, Mash Potatoes/Br, Collard Greens, Pudding |
| 1/18/06 Wed. | Beef Hash, Grits, Toast, Jelly | Veg. Beef Soup, Peanut/Butter/, Jely Sand/Mash Potato, Mix Fruit | Spaghetti, Corn Bread, Green Beans, Apple Sauce/Fru Dr, Corn |
| 1/19/06 Thurs. | Grits, Toast, Sausage, Egg/Jelly | Chili Dog, Mash Potato, Peas & Carrots, Pudding/Fruit Drink | Blackeyes Peas, Yams/Corn Brea, Steam Squash, Slice Apples |
| 1/20/06 Fri. | Grits, Toast, Red Hots, Egg/Jelly | Ham Sand, Green Beans, Cookie, Mash Potato, Bake Beans | Cajun Beans, Rice, Corn Bread, Mix Greens, Pudding |



January - 2006

Breakfast - Lunch - Dinner

| | | |
|---|---|---|
| 1/21/06 | | |
| Sat Grits | Corn Dog | Spaghetti |
| Toast | Bake Beans | Corn Bread |
| Egg | Mash Potatoe | Collard Greens |
| Jelly | Corn / Tropical Fruit | Pudding / Acorn Squ |
| 1/22/06 Grits | Ham Sand | Beef Fritter |
| Sun. Toast | Fruit (Apple) | Pudding / Brown Fruit |
| Sausage | Water - | Green Beans |
| Egg | | Mash Potatoe |
| Jelly | | Corn Bread |
| 1/23/06 Grits | Bologna Sand | Pinto Beans |
| Mon. Toast | Peas & Carrots | Corn Bread |
| Beef Hash | Mash Potatoe | Rice / Steam Sqsh |
| Jelly | Pudding - Pinto Bean | Bake Apples |
| | | Fruit Pnk |
| 1/24/06 Grits | Veg. Beef Soup | Limas Beans |
| Tues Toast | Peanut / Butter / | Rice |
| Red Hotts | Jelly Sand / Mash Potatoe | Corn Bread |
| Egg / Jelly | Peach Half | Slice Apples |
| | | Collard Greens |
| 1/25/06 Grits | Chili Dog | Beef-O-Roni |
| Wed. Toast | French Fries | Corn Bread |
| Egg | Bake Beans | Green Beans |
| Jelly | Pudding / | Apple Sauce |

Changed (Lunch) (Juice)

# January - 2006

## Breakfast - Lunch - Dinner

| Breakfast | Lunch | Dinner |
|---|---|---|
| 1/26/06 Grits<br>Thurs. Toast<br>Sausage<br>Egg/Jelly | Bologna Sand<br>Peas & Carrots<br>Mash Potato<br>Pudding — | Black eye<br>Corn Bread<br>Collard Greens<br>Rice /Bake Apple |
| 1/27/06 Grits<br>Fri. Toast<br>Egg Jelly | Chicken Sand<br>Bake Beans<br>Corn/Mash Potato<br>Peach Half | Limas Bean<br>Rice Corn Bread<br>Apple Sauce<br>Steam Squash |
| 1/28/06 Beef Hash<br>Sat. Grits<br>Toast<br>Jelly | Corn Dog<br>Bake Beans<br>Mash Potato<br>Apple Sauce | Spaghetti<br>Corn Bread Bee<br>Pudding<br>(Corn) |
| 1/29/06 Grits<br>Sun. Toast<br>Red Hots<br>Egg/Jelly | Ham Sand<br>Fruit (Orange)<br>Water | Beef Fritters<br>Green Beans<br>Mash Potato<br>Corn Bread /Pud<br>Fruit Drink |
| 1/30/06 Grits<br>Mon. Toast<br>Egg<br>Jelly | Veg. Beef Soup<br>Peanut/Butter/<br>Jelly Sand/M. Potato<br>Peach Half | Pinto Beans<br>Bake Apples<br>Corn Bread<br>Rice /Steam Sq |

JANUARY — 2006

BREAKFAST — LUNCH — DINNER

| 1/31/06 Tues. | Grits Toast Sausage Eggs/Jelly — | Bolougia Sand Peas/Carrots mash Potato Pudding — Bake Beans | Black eyes Corn Bread Collard Greens Bake Apples Rice |

"THE END"

# FEBRUARY - 2006

## BREAKFAST - LUNCH - DINNER

| | | |
|---|---|---|
| 2/1/06 Beef Hash | Chili Dog | Spaghetti |
| WED. GRITS | French Fries | Corn Bread |
| Toast | Bake Beans | Green Beans |
| Jelly | Peach Half | Bake Apples |
| 2/2/06 Red Hots | Fruit Drink | Black eye |
| Thurs. GRITS | Bolong'a Sand | Corn Bread |
| Toast | Peas & Carrots | Rice |
| Egg | Mash Potato | Mix Greens |
| Jelly | Pudding | Mix Fruit / Fruit Drink |
| 2/3/06 GRITS | Ham Sand | Limas/Beans |
| FRI. Toast | Green Beans | Corn Bread |
| Sausage | Corn | Rice |
| Jelly | Apple Sauce | Steam Squash |
| | Milk | Pudding w/Fruit |
| 2/4/06 GRITS | Corn Dog | Beef of Rom? |
| Sat. Toast | Bake Beans | Roll |
| Egg | Mash Potato | Mix Greens |
| Jelly | Slice Apples | Bake Apples |
| 2/5/06 GRITS | Ham Sand | Beef Frittie |
| Sun. Toast | Fruit (orange) | Mash Potato |
| Sausage | Water | Green Beans |
| Egg / Jelly | | Pudding / Fruit |

## FEBRUARY - 2006

## Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 2/6/06 Mon. | Beef Hash Grits Toast Jelly | Bologia Sand Corn Bake Beans Puddens | Cajun Bean Rice Corn Bread Collard Green Cake / Fruit Dr. |
| 2/7/06 Tues | Red Hots Grits Toast Egg Jelly | Veg. Beef Soup Peanut/Butter & Jelly Sand /Bach Home mash Potato Fruit Drink | Pinto Beans Corn Bread Steam Squash Rice Tropical Fruit |
| 2/8/06 Wed | Grits Toast Egg Jelly | Chicken Sand Peas & Carrets mash Potato Milk/Slice Apples | Blackeyes Corn Bread Collard Green Yams |
| 2/9/06 Thurs | Grits Toast Sausage Egg Jelly | Chili Dog Corn French Fries Bake Beans Apple Sauce | Spaghetti Corn Bread Green Beans Bake Apples /Fr. Dr. |
| 2/10/06 Fri. | Beef Hash Grits Toast | Ham Sand Bake Beans Slice Apple | Fish Sand mash Potato Bake Beans |

February – 2006

Breakfast – Lunch – Dinner

| | | |
|---|---|---|
| 2/11/06 Grits | Corn Dog | Beef-O-Roni |
| Sat. Toast | Bake Beans | Mix Greens |
| Sausage | Corn / Milk | Steam Squash / Corn Bread |
| Egg / Jelly | Cookie | Bake Apples |
| 2/12/06 Red Hots | Turkey Salami Sand | Bake Chicken |
| Sun. Grits | Fruit (Apple) | Green Beans |
| Toast | Water | Mash Potato / Corn Bread |
| Egg / Jelly | | Pudding / Fruit Drink |
| 2/13/06 Grits | Veg. Beef Soup | Limas Beans |
| Mon. Toast | Peanut / Butter Jelly Sand | Rice / Corn Bread |
| Egg | Peach Half | Slice Apple / Collard Greens |
| Jelly | Mash Potato | |
| | Fruit Drink | |
| 2/14/06 Grits | Fish Sand | Spaghetti |
| Tues. Toast | French Fries | Roll / Green Beans |
| Sausage | Pudding w/ Fruit | Cake / Fruit Drink |
| Egg / Jelly | Bake Beans | |
| 2/15/06 Beef Hash | Ham Sand | Pinto Beans |
| Wed. Grits | Corn / Cookie | Rice & Tomato |
| Toast | Milk | Corn Bread |
| Jelly | Mash Potato | Mix Greens |
| | | Peach Half |

# FEBRUARY - 2006

## Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 2/16/06 Thurs. | Grits Toast Egg Jelly | Chili Dog Mash Potatoe Bake Beans Pudding | Black eyes Corn Bread Rice / Mix Greens Bake Apples |
| 2/17/06 Fri. | Sausage Grits Toast Jelly | Chicken Sand Peas & Carrots Apple Sauce Corn / Fruit Drink | Spaghetti Corn Beans Steam Squash Peach Half |
| 2/18/06 Sat. | Grits Toast Egg Apple Sauce | Bologin Sand Mash Potatoe Cookie / Milk Bake Beans | Lima Beans Corn Bread / Rice Mix Greens Slice Apples |
| 2/19/06 Sun. | Red Hots Grits Toast Egg Jelly | Ham Sand Fruit (Orange) Water | Beef Fritters Corn Beans Collard Greens Mash Potatoe Pudding / Fruit |
| 2/20/06 Mon. | Grits Toast Beef Hash | Turkey Salami Sand Green Beans Mash Potatoe | Pinto Beans Rice / Corn Bre Tropical Fruit |

FEBRUARY - 2006

| BREAKFAST - | LUNCH - | DINNER |
|---|---|---|
| 2/21/06 Grits | Veg. Beef Soup | Limas Beans |
| Tues. Toast | Peanut Butter/Jelly | Rice / Corn Bread |
| Egg | mash Potato | Collard Greens |
| Jelly | Apple Sauce | Cake |
| 2/22/06 Grits | Ham & Cheese Sand | Black eyes |
| Wed. Toast | Peas & Carrots | Corn Bread / Rice |
| Sausage | Cookie / Milk - | Mix Greens / Ya |
| Egg | Mash Potato | Fruit Drink - |
| Jelly | | |
| 2/23/06 Grits | - Chili Dog | - Cajun Beans |
| Thurs. Toast | Bake Beans | Rice & Tomatoes |
| Egg | French Flies | Corn Beans |
| Jelly | Pudding - | Bake Apples |
| | | Steam Squash |
| 2/24/06 Beef Hash | - Fish Sand | Chicken Patties |
| FRI. Grits | Corn | Rice / Corn Bread |
| Toast | Green Beans | Mix Green |
| Jelly | Slice Apples | Cake / Fruit De |
| 2/25/06 Grits | - Bologna Sand | Beef-O-Roni |
| Sat. Toast | Bake Beans | Corn Bread |
| Sausage | mash Potato | Mix Greens |
| Egg | Peach Half / Milk | Tropical Fruit |
| Jelly | | Pink Lemonade |

FeBruary - 2006

Breakfast - Lunch - Dinner

| | | |
|---|---|---|
| 2/26/06 Red Hots | Ham Sand | Chicken Patti |
| Sun. Grits | Fry:T (orange) | mash Potatoe |
| Toast | Water | Corn Bread / Bea |
| Egg | | Pudding / Fru:T Dr |
| Jelly | | |
| 2/27/06 Grits | Corn Dog | Spaghett: |
| Mon. Toast | Bake Beans | Corn Bread |
| Egg | Peas & Carrots | Cake / Allaro G |
| Jelly | Cookie | |
| 2/28/06 Grits | Veg. Beef Soup | Pinto Bean |
| Tues. Toast | Ham Sand / mash Potatoe | mash Potato |
| Sausage | Slice Apples | Steam Squas |
| Egg | Fruit Drink | Bake Appl |
| Jelly | | Rice |

"The End"

# March - 2006

## Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 3/1/06 Wed. | Grits, Toast, Eggs, Jelly | Bologna Sand, Peas & Carrots, mash Potato, Bake Beans | Limas Bean, Corn Bread, Rice / Mix Green, Puddes |
| 3/2/06 Thus. | Grits, Toast, Red Hotts, Eggs, Jelly | Ham Sandwich, Corn, Green Beans & Toms, Peach Half | Blackeye, Corn Bread, Green / Collard, Steam Squash, Fruit Drink |
| 3/3/06 Fri. | Grits, Toast, Eggs, AppleSauce | Chili Dog, mash Potato, Bake Beans, Slice Apples, Fruit Drink | Pinto Beans, mash Potatoes, Corn Bread, Apple Sauce, Mix Greens |
| 3/4/06 Sat. | Beef Hash, Grits, Toast, Jelly | Corn Dog, Bake Beans, Apple Sauce, mash Potato | Spagetti, Corn Bread, Bake Apples, Mix Greens |
| 3/5/06 Sun. | Grits, Toast, Eggs, Red Hots | Ham Sand, Fruit (Apple), Water | Chicken Pattie, mash Potato, Green Beans, Corn Bread / Fruit |

## March — 2006

### Breakfast — Lunch — Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 3/6/06 Mon. | Grits, Toast, Eggs, Apple Sauce | Veg. Beef Soup, Peanut Butter/Jelly Sand, Mash Potato, Slice Apples | Black eyes, Corn Bread, Rice, Mix Greens/Ba Appl |
| 3/7/06 Tues | Grits, Toast, Sausage, Eggs, Jelly | Bologna & Cheese Sand, Peas & Carrots, Pudding/Bake Beans | Spaghetti, Corn Bread, Steam Squash, Peach Half, Green Beans, Fruit Dress |
| 3/8/06 Wed. | Beef Hash, Grits, Toast, Jelly | Corn Dogs, Corn, Tropical Fruit, Bake Beans/Fruit Drink | Pinto Beans, Okra, Corn, Tomatoes, Corn Bread, Rice, Pudding |
| 3/9/06 Thurs. | Grits, Toast, Apple Sauce/Eggs, Jelly | Ham Sand, Green Beans, Mash Potato, Cookie, Fruit Drink | Beef-o-Roni, Corn Bread, Mix Greens, Slice Apples |
| 3/10/06 Fri. | Grits, Toast, Red Hots, Eggs | Chicken Sand, Mash Potato, Pudding, Bake Beans | Limas Beans, Corn Bread, Okra Corn Tom, Collard Greens |

# March - 2006

## Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 3/11/06 | Grits | Bolongia Sand | Spaghetti |
| Sat. | Toast | Peas & Carrots | Corn Bread |
| | Sausage | mash Potatoe | Steam Squash |
| | Eggs | Apple Sauce | Bake Apple |
| | Jelly | | |
| 3/12/06 | Grits | Ham Sand | Beef Fritter |
| Sun. | Toast | Fruit (apple) | Green Beans |
| | Red Hots | Water | Corn Bread |
| | Egg | | mash Potatoe |
| | Jelly | | Pudding / Fruit Drink |
| 3/13/06 | Grits | Chili Dog | Cajun Beans |
| Mon. | Toast | French Fries | Rice / Corn B. |
| | Apple Sauce | Bake Beans | Mix Greens |
| | Jelly | Slice Apples | Apple Sauce |
| 3/14/06 | Beef Hash | Ham & Cheese Sand | Black Eyes |
| Tues. | Grits | Corn | Corn Bread |
| | Toast | mash Potatoe | Rice |
| | Jelly | Peas & Carrots | Collard Green |
| | | Pudding | Yams |
| 3/15/06 | Grits | Veg. / Beef Soup | Pinto Beans |
| Wed. | Toast | Peanut Butter / Jelly Sand | Steam Squash |
| | Sausage | mash Potatoe / crackers | Corn Bread |
| | Egg | Tropical Fruit | Rice Pudding |

# MARCH - 2006

## BREAKFAST - LUNCH - DINNER

| | | |
|---|---|---|
| 3/16/06 Grits | Corn Dog | Beef-O-Roni |
| Thurs Toast | Bake Beans | Corn Bread |
| Egg | Mash Potatoe | Steam Squash |
| Jelly | Pudding | Mix Greens / Bake App |
| | | Fruit Drink |
| 3/17/06 Grits | Chicken Sand | Limas Beans |
| Fri. Toast | Green Beans | Corn Bread |
| Sausage | Mash Potatoe | Rice / Apple Sauce |
| Jelly | Cookie | Okra Corn + Tomat |
| | | Fruit Drink |
| 3/18/06 Grits | Bologia Sand | Pinto Beans |
| Sat. Toast | Corn | Rice / Corn Bread |
| Red Hots | Bake Beans | Mix Greens |
| Eggs | Apple Sauce | Pudding |
| Jelly | | |
| 3/19/06 Grits | Ham Sand | Chicken Patties |
| Sun. Toast | Fruit (Orange) | Green Beans |
| Sausage | Water | Corn Bread |
| Eggs | | Mash Potatoe |
| Jelly | | Pudding / Fru Dri |
| 3/20/06 Grits | Veg. Beef Soup | Spaghetti |
| Mon. Toast | Peanut Butter Jelly Sand | Corn Bread |
| Beef Hash | Mash Potatoe | Green Beans |
| Jelly | ~~Sheet Cake~~ Cake | Tropical Fruit |

# March - 2006

## Breakfast - Lunch - Dinner

| | Breakfast | Lunch | Dinner |
|---|---|---|---|
| 3/21/06 Tues. | Grits<br>Toast<br>Sausage<br>Eggs<br>Jelly | Chili Dog<br>French Fries<br>Bake Beans<br>Pudding | Blackeyes<br>Corn Bread<br>Rice Collards Greens<br>Bake Apples |
| 3/22/06 Wed. | Grits<br>Toast<br>Egg<br>Jelly | Ham Sand<br>Mash Potato<br>Corn<br>Peach Half | Beef-O-Roni<br>Green Beans<br>Corn Bread<br>Steam Squash<br>Slice Apples/b. |
| 3/23/06 Thurs. | Grits<br>Toast<br>Red Hots<br>Egg<br>Jelly | Veg. Beef Soup<br>Peanut Butter Jelly Sand<br>Mash Potato<br>Tropical Fruit | Pinto Beans<br>Corn Bread<br>Rice / Colla Green<br>Slice Apples |
| 3/24/06 Fri. | Grits<br>Toast<br>Beef Hash<br>Jelly | Chicken Sand<br>Mash Potato<br>Green Beans<br>Pudding | Spaghetti<br>Corn Bread<br>Green Beans<br>Pudding / Fru Dri |
| 3/25/06 Sat. | Grits<br>Toast<br>Sausage<br>Egg<br>Fru. | Bolongia Sand<br>Peas & Carrots<br>Peach Half<br>Bake Beans | Limas Bean<br>Rice / Can B<br>Milk Greens<br>Peach Half |

# MARCH - 2006

## Breakfast - Lunch - Dinner

| | | |
|---|---|---|
| 3/26/06 Grits | Ham Sand | Beef Fritters |
| Sun. Toast | Fruit (Orange) | (White) Broccoli / Green Beans |
| Red Hots | Water | Mash Potato |
| Jelly / Egg | | Pudding / Drink |
| 3/27/06 - Grits | Chili Dog | Cajun Beans |
| Mon. Toast | Mash Potato | Corn Bread / Rice |
| Egg | Bake Beans | Steam Squash |
| Jelly | Apple Sauce | Bake Apples |
| | Cake - Fruit Drink | Chicken / Yogurt |
| 3/28/06 Grits | Bologna Sand | Spaghetti |
| Tues. Toast | Green Beans | Corn Bread |
| Beef Hash | Mash Potato | Mix Greens |
| Jelly | Peach Half | Tropical Fruit |
| | Cookie | |
| 3/29/06 Grits | Veg. Beef Soup | Blackeyes |
| Wed. Toast | Peanut Butter | Corn Bread |
| Sausage | Jelly Sand / Mash | Rice Collard Greens |
| Egg | Potato / Cracker | Slice Apples |
| Jelly | Fruit Drink | |
| 3/30/06 Grits | Corn Dog | Lema Beans |
| Thurs. Toast | Bake Beans | Rice / Corn Bread |
| Jelly | Corn | Okra, Corn & Tom |
| Apple Sauce | Cookie | Pudding |

MARCH - 2006

BREAKFAST - LUNCH - DINNER

| 3/31/06 Grits | Sloppy Joe | Beef-O-Roni |
| Fri. Toast | Mash Potato | Corn Bread |
| Red Hots | Bake Beans | Green Beans |
| Egg | Peach Half | Steam Squash |
| Jelly | | Bake Apples |
| | | Fruit Drink |

"THE END"

# EXHIBIT L

Lee County Detention Center
# INMATE REQUEST SLIP

LOCATION

_me_ _Jones, James, Deward_    Date _____

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☑ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I am having real bad headack, my
eyes are running water, and it is optime
order for me to see I need to see about
getting some glasses. So if you would let me
know who I need to see about this matter.
I sent a request slip in when I first come
to the jail to the Doctor and I never heard
anything so what am I going to do now?

Do Not Write Below This Line - For Reply Only

_____ already addressed today in
sick call
Have family bring some reading
glasses for now.
                    Nurse Griffith

Approved _____ Denied _____ Collect Call _____

This Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Whose The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

_____    Time Received _____

# EXHIBIT  M

Lee County Detention Center

# INMATE REQUEST SLIP

D #7

**LOCATION**

Jones, Jaylon y Botyord       Date 12-29-06

☐ Phone Call      ☑ Doctor         ☐ Dentist        ☐ Time Sheet

☐ Social Visit    ☑ Personal Problem          ☐ Other

Outline Your Request. <u>Give To Jailer</u>

*[handwritten request:]* Sir with the My family is out of town, it is December, so I do not have anyone to carry along me new reading glasses. So once again I hope that you can help me with this matter too... I am still having some problem that I was having when I came to see you 12-27-06. Can you give me something for the headach. Thank You?

<u>Write Below This Line</u> - For Reply Only

*[handwritten reply:]* Mr. Jones, I will send you some Tylenol for your headache, according to Nurse Stewart would be unable to provide glasses for it is not LCSD policy.

Nurse Griffith

_____  Denied _____  Collect Call_____

Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy         ☐ Sheriff

_____  Time Received _____

# EXHIBIT  N

## Lee County Detention Center
# INMATE REQUEST SLIP

**LOCATION**

Jones, Jeffery Betyard                Date 18 March 06

☐ Telephone Call      ☑ Doctor          ☐ Dentist        ☐ Time Sheet

☐ Special Visit       ☑ Personal Problem                 ☐ Other

**Outline Your Request.** Give To Jailer

I need to be examined by any physician or medical personel. This is my (3) third time asking for help about this problem. My eyes are getting worse. I need to see a physician. I know that you said that their is nothing that you can do here. This is a emergency you can't help then I need to see someone that can. The same way Dental treatment is you need to address this problem. Health service I need.

**Write Below This Line** - For Reply Only

You have been placed on the list to see the doctor next week.

*Nurse Griffith*

_____ Denied _____ Collect Call_____

Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
The Request is Directed.

☐ Lieutenant      ☐ Chief Deputy          ☐ Sheriff

_____ Time Received _____

# EXHIBIT  O

## NOTES

NAME: _Jeffery B. Jones_     SS# _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_

DOB: _08/25/1986_  AGE: _19_  SEX: _M_  RACE: _B_

DRUG ALLERGIES: _____ TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _having headaches frequently_
_wore glasses before incarcerated. Lost now._

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE: _watery eyes; headache behind eyes_

OBJECTIVE:     BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT: _(LCSO is unable to replace his glasses. But_
_his family can bring glasses in to him.)_
_watery eyes, headache especially when reading_
_far sighted vision. States got his glasses + Rx_
_from Eyewear unlimited in Opelika_

PLAN: _Tylenol 500mg x2 admin now_

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _K Griffin LPN_     TITLE _LPN_     DATE _2/7/06_ TIME _12³⁰pm_

# EXHIBIT  P

## NOTES

NAME: _Jones  Jeffery_    SS# _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_

DOB: _08/25/86_    AGE: _49_   SEX: _M_    RACE: _B_

DRUG ALLERGIES: _Ø_    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _C/o  H/A,_ _____

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

### HEALTH CARE DOCUMENTATION

SUBJECTIVE: _134/92_

OBJECTIVE: BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

PLAN:

_motrin  tylenol  prn_

_Inquire  re;  glasses  broken  (location of his glasses)_

_medical  records  from  his  eye doctor  ( to  verify  & check on prescription)_

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE_ _John H McFarland MD_ TITLE _MD_ DATE_ _3-21-06_ TIME _0927_

AM8104894
AL 11404