IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JEFFERY B. JONES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:06-cv-00178-MEF-DRB |
| | ) |
| **JURISDICTION SYSTEM, et al.** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION

COME NOW Sheriff Jay Jones, Major Cary Torbert, Jr., Lieutenant Corey Welch, Sergeant Rodney Tabb, Nurse Linda Stewart, and Nurse Kelley Griffith, Defendants in the above-styled cause, and submit this Notice of Substitution of the signed and executed affidavits of Nurses Stewart and Griffith and state as follows:

1. Defendants filed their Special Report on June 20, 2006.

2. Attached to the Special Report were the unsigned Affidavits of Nurse Linda Stewart and Nurse Kelley Hendricks Griffith.

3. Defendants indicated they would supplement their Special Report with the signed and executed affidavits of Nurse Stewart and Nurse Griffith upon Defense Counsel's receipt of these documents.

4. The signed and executed affidavits of Nurse Stewart and Nurse Griffith are attached to this Notice of Substitution as Exhibits A and B respectively.

5. Plaintiff will not be prejudiced by this supplementation.

WHEREFORE Defendants hereby substitute the signed and executed affidavits of Nurse Stewart and Nurse Griffith.

Respectfully submitted this 20th day of June, 2006.

> **s/Amanda Kay Morgan**
> AMANDA KAY MORGAN Bar No. ALL079
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: amorgan@webbeley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 20th day of June, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> Jeffery B. Jones
> Lee County Detention Facility
> P.O. Box 3508
> Opelika, AL 36801

> **s/Amanda Kay Morgan**
> OF COUNSEL