Monday
07 August 2006
18:04

RECEIVED
2006 AUG 10 A 10: 30
U.S. DISTRICT
MIDDLE DIST F

Jeffery Bernard Jones I
c/o
Lee County Detention Center
Post Office Box #2407
Opelika, Al. # 36801

3:06 cv 178 -MEF

Officer of the Clerk:

I want to drop my suit, for personal reason. So what ever reason you tell that I didn't do something I was suppose to; and that is the reason. Do what you want, it over. I going to leave it at that. Just let it go! Please do what I ask. Thank You!... I am sorry for my Action...

I declare under penalty of perjury that the foregoing is true and correct executed on 07 August 2006.   Signature of Plaintiff  Jeffery B. Jones I

Certificate of Service
I do hereby certify that I have serve a true and correct copies of Statement to all parties of the foregoing by the United States Postal Service Pre Paid

Executed on 07 August 2006   Signature of Plaintiff  Jeffery B. Jones I

18:18   A Happy Ending